UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ROSA I. RAMIREZ,<br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br>    Defendant. | § § § § § § § § § § § §  CIVIL NO. EP-17-CV-00391-RFC |

### ORDER DIRECTING FILING OF BRIEFS

The Commissioner has filed an answer and a certified copy of the transcript and record of the administrative proceedings. (ECF. No. 15, 17).

It is therefore, **ORDERED** that the parties shall submit briefs in accordance with the following requirements:

(1) Within thirty (30) days of the entry of this Order, Plaintiff shall file and serve upon Defendant a brief which will contain:

   (a) A statement of the case. This statement should indicate briefly the course of the proceeding and its disposition at the administrative level and should set forth a general statement of the facts. Each statement of fact shall be supported by reference to the page in the record where the evidence may be found.

   (b) A list of specific errors which Plaintiff claims were committed by the ALJ and/or the Appeals Council.

        (c)        Plaintiff's arguments pertaining to each error with appropriate citations to the record and to the law.

(2) Within thirty (30) days after service of Plaintiff's brief, Defendant shall file and serve upon Plaintiff a brief which responds specifically to each issue raised by Plaintiff. Defendant's brief shall conform to the requirements set forth above for Plaintiff's brief, except that a statement of the issues and a statement of the case need not be made unless Defendant disagrees with Plaintiff's statement thereof.

(3) Plaintiff may file a brief in reply to the brief of Defendant within ten (10) days of service of Defendant's brief.

The Court may schedule oral argument on all or selected issues at a later time.

**SIGNED** this 19th day of April, 2018.

                                          ROBERT F. CASTANEDA
                                        UNITED STATES MAGISTRATE JUDGE